UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REOCO, INC.,                                        No. C-14-00169 DMR

        Plaintiff(s),                           **ORDER TO SHOW CAUSE**

   v.

JAIME I MILLENA,

        Defendant(s).
_____/

    Plaintiff has filed a motion to remand the case to state court. [Docket No. 10.] Currently, the motion is set for a court hearing on April 24, 2014. Defendant Jaime Millena is pursuing this action without legal representation. According to the local Court rules, Defendant Millena should have filed any brief in opposition to the motion by March 25, 2014. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

    The court ORDERS Defendant Millena to respond by **April 10, 2014** and explain his failure to respond to the motion. In addition, Defendant Millena must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Defendant Millena's late submission. If Defendant Millena does not respond by April 10, 2014, Plaintiff's motion may be granted. The court further ORDERS that Plaintiff shall file a reply, if any, to Defendant Millena's opposition no later than April 17, 2014.

In addition, it is unclear whether the other Defendants have been served or are aware of the removal of the case to federal court. Plaintiff and Defendant Millena shall each file a letter of no more than two pages by **April 10, 2014** explaining the status of the other Defendants in this case.

IT IS SO ORDERED.

Dated: April 3, 2014



_____
DONNA M. RYU
United States Magistrate Judge

2