**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REOCO, INC., | No. C-14-00169 DMR |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JAIME I MILLENA, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for April 16, 2014 has been vacated due to Plaintiff's pending motion for remand.  [Docket No. 10.]  The Case Management Conference, if any, shall be scheduled after a decision on that motion.

IT IS SO ORDERED.

Dated:  April 11, 2014

IT IS SO ORDERED

_Donna M. Ryu_

DONNA M. RYU
United States Magistrate Judge